927 F.2d 596
 McDaniel (Mattie S.), Thornton (Frank, Sr.), McMillian
(Carl), Creighton (Sam), Scott (Charles), Justis (Francis),
Stevens (Reginald), Harris (Helen), Archer (C.), Lindsey
(Sanada), Sears (Sadie), Goodall (David, Sr.), Harris
(Elliot), Melvin (Robert, Jr.), McNeil (John, Sr.), Anderson
(Alonzo), Bullock (Walter), Clayton (Leamon, Jr.), Henrico
Cnty. Civic League, Montezuma Oak-Hill Civic Assoc., Henrico
Political Task Force
v.
Mehfoud (Anthony P.), Glover (Richard W.),
 NO. 90-3061
 United States Court of Appeals,
Fourth Circuit.
 FEB 26, 1991
 Appeal From: E.D.Va., 702 F.Supp. 588
 
 1
 DISMISSED.